Case 5:20-cv-00300-OLG   Document 41   Filed 03/18/21   Page 1 of 2

FILED
March 18, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                         DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA CARDENAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> *vs.* <br><br> VALENTINE & KEBARTAS LLC, <br><br> Defendant. | §§§§§§§§§§ | Civil Action No. <br> 5:20-CV-0300-OLG |
| GLORIA CARDENAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> *vs.* <br><br> VALENTINE & KEBARTAS LLC, <br><br> Defendant. | §§§§§§§§§§§§ | Civil Action No. <br> 5:20-CV-1264-OLG |

**ORDER CONSOLIDATING CASES FOR ALL PURPOSES
AND STAYING PENDING DEADLINES**

Plaintiff, Gloria Cardenas, and Defendant, Valentine & Kebartas LLC, jointly moved this Court for an Order consolidating the referenced actions and staying pending all case deadlines including those related to dispositive motions and Defendant's Response to Plaintiff's Motion [Doc. 25] for Class Certification by sixty (60) days. Having considered the Parties' Motion, the Court finds each of the above-captioned actions involves the same Parties and counsel, is pending in the same District Court and assigned to the same District Judge, and involve common questions of law or fact. The Court, therefore, finds good cause and **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the civil actions—entitled *Gloria Cardenas vs. Valentine & Kebartas LLC*, Case Nos. 5:20-CV-0300-OLG and 5:20-CV-1264-OLG—are consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

**IT IS FURTHER ORDERED** all documents future documents filed with the Court requiring a caption shall include one caption identifying both Case Numbers but designating 5:20-CV-0300-OLG as the Lead Case; all future court filings must only be filed under 5:20-CV-0300-OLG.

**IT IS FURTHER ORDERED** that all pending case deadlines currently in effect are hereby stayed until further order of the Court, and the Parties are directed to either move for Preliminary Approval of their Class Settlement, or file a Joint Status Report, on or before May 21, 2021.

**IT IS FURTHER ORDERED** that Case Number 5:20-cv-1264-OLG is **ADMINISTRATIVELY CLOSED** in light of this Consolidation Order and Case Number 5:20-CV-0300-OLG is **ADMINISTRATIVELY CLOSED** in light of this Stay Order. Either party may move to reopen Case Number 5:20-CV-0300 at any time, if necessary.

The Clerk of Court is directed to file a separate copy of this Order in Civil Action No. 5:20-CV-1264-OLG.

**SINGED AND ENTERED** this 18th day of March 2021.

_____
ORLANDO L. GARCIA
Chief U.S. District Judge