# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| GLORIA CARDENAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>VALENTINE & KEBARTAS LLC,<br><br>    Defendant. | Civil Action No.<br>5:20-CV-0300-OLG (*Lead*) |
| GLORIA CARDENAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>VALENTINE & KEBARTAS LLC,<br><br>    Defendant. | Civil Action No.<br>5:20-CV-1264-OLG |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Gloria Cardenas, and Defendant, Valentine & Kebartas LLC, hereby stipulate to and give notice of dismissal of this action in its entirety with prejudice as to Plaintiff, and without prejudice to the rights of the putative class, and without further costs or disbursements by or against any party.

**IT IS SO STIPULATED** this 8th day of July 2021.

| *s/ Jason R. Jobe* | *s/ Andrew T. Thomasson* |
|---|---|
| Jason R. Jobe (State Bar No. 24043743)<br>THOMPSON, COE, COUSINS & IRONS, L.L.P.<br>Plaza of the Americas<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201-2832<br>Telephone: (214) 871-8200<br>Telecopy: (214) 871-8209<br>Email: jjobe@thompsoncoe.com<br><br>*Counsel for Defendant, Valentine & Kebartas LLC* | Andrew T. Thomasson (NJ Bar No. 048362011)<br>Katelyn B. Busby (AR Bar No. 2014133)<br>THOMASSON PLLC<br>304 Main Street, Suite 5<br>Monticello, AR 71655<br>Telephone: (973) 312-0774<br>Facsimile: (973) 559-5579<br>E-Mail: Andrew@Thomassonpllc.com<br>E-Mail: Katelyn@Thomassonpllc.com<br><br>*Counsel for Plaintiff, Gloria Cardenas* |